# United States Bankruptcy Court

Eastern District of New York
271 Cadman Plaza East, Suite 1595
Brooklyn, NY 11201−1800

| | |
|---|---|
| IN RE: | CASE NO: 1−10−42552−jbr |
| Diane Rodriguez | |
| SSN/TAX ID: | CHAPTER: 7 |
| xxx−xx−9626 | |
| DEBTOR(s) | |

## NOTICE REASSIGNING CASE

## NOTICE TO DEBTOR(S), CREDITOR(S) AND INTERESTED PARTIES

Notice is hereby given that:

Pursuant to an Administrative Order of this court dated June 11, 2010, the above−captioned case and related adversary proceedings have been reassigned to the Honorable Joel B. Rosenthal, United States Bankruptcy Judge effective June 11, 2010. Please take note of the new case number: 1−10−42552−jbr .

Dated: June 14, 2010

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLnrp.jsp** Notice Reassigning Case(Mass Assignment) rev. 06/11/10]