# Notice Recipients

District/Off: 0207–1     User: smoore     Date Created: 6/14/2010
Case: 1–10–42552–jbr     Form ID: 151     Total: 23

**Recipients of Notice of Electronic Filing:**
tr     Alan Nisselson     anisselson@windelsmarx.com, theston@windelsmarx.com, n159@ecfcbis.com, vgupte@windelsmarx.com, lcroslow@windelsmarx.com

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Diane Rodriguez | 7816 153rd Avenue | #A | Howard Beach, NY 11414 |
| smg | NYS Department of Taxation &Finance | Bankruptcy Unit | PO Box 5300 | Albany, NY 12205 |
| smg | NYC Department of Finance | 345 Adams Street, 3rd Floor | Attn: Legal Affairs – Devora Cohn | Brooklyn, NY 11201 |
| smg | NYS Unemployment Insurance | Attn: Insolvency Unit | Bldg. #12, Room 256 | Albany, NY 12240 |
| smg | Diana Adams | Office of the United States Trustee | 271 Cadman Plaza East | Brooklyn, NY 11201 |
| 6625020 | ASNI | PO BOX 3097 | BLOOMINGTON IL 61702 | |
| 6632095 | Atlas Acquisitions LLC | 294 Union St. | Hackensack, NJ 07601 | |
| 6625021 | CITI BANK | PO BOX 624 | SIOUX FALLS SD 57110 | |
| 6625022 | CITI CARDS/CITIBANK | PO BOX 6241 | SIOUX FALLS SD 57117 | |
| 6625023 | CITI FINANCIAL | PO BOX 499 | HANOVER MD 21076 | |
| 6625024 | GEMB/GAP | PO BOX 981400 | EL PASO TX 79998 | |
| 6625026 | HSBC BANK | PO BOX 81622 | SALINAS CA 93912 | |
| 6625027 | HSBC BANK | PO BOX 81622 | SALINAS CA 93912 | |
| 6625025 | HSBC BANK | PO BOX 97280 | PORTLAND OR 97280 | |
| 6625028 | KAY JEWELERS | 375 GHENT RD | AKRON OH 44333 | |
| 6625029 | MACY'S | 9111 DUKE BLVD | MASON OH 45040 | |
| 6625030 | MIDLAND CREDIT MANAGEMENT | 8875 AERO DRIVE | SAN DIEGO CA 92123 | |
| 6625031 | MIDLAND FUNDING LLC | 8917 SUTPHIN BLVD | JAMACA NY 11435 | |
| 6625033 | NEWPORT NEWS | 101 CROSS WAY PARK WEST | WOODBERRY NY 11797 | |
| 6625032 | NEWPORT NEWS | 101 CROSSWAY PARK WEST | WOODBURY NY 11797 | |
| 6625034 | PIN POINT TEC LLC | 8917 SUTPHIN BLDV | JAMACA NY 11435 | |
| 6625035 | TARGET NATIONAL BANK | PO BOX 673 | MINEAPOLIS MN 55440 | |

TOTAL: 22